IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 06 70-01S

UNITED STATES OF AMERICA

v.

OSCAR R. SANDOVAL-ESPANA a/k/a Eddie Alberto Ramos and MANUEL A. MENDEZ-HERASME

) CR: ______________
) In violation of 21 U.S.C.§§ 841(a)(1) & (b)(1)(A) and 18 U.S.C. § 2

## INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about May 25, 2006, in the District of Rhode Island, the defendants, OSCAR R. SANDOVAL-ESPANA a/k/a Eddie Alberto Ramos and MANUEL A. MENDEZ-HERASME, did knowingly and intentionally possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, all in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) and 18 U.S.C. § 2.

A TRUE BILL:

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: 6/7/06