AO 458 (Rev. 10/95) Appearance

# United States District Court

## District of Rhode Island

U.S.A

v.

MANUEL MENDEZ-HERASME

APPEARANCE

CASE NUMBER: CR 06 70-02S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Manuel Mendez-Herasme

I certify that I am admitted to practice in this court.

6/9/09
Date

[signature]
Signature

JOHN M. VERDECCHIA 3374
Print Name Bar Number

1206 Westminster ST.
Address

PROV. RI 02909
City State Zip Code

453-0700 454-5557
Phone Number Fax Number

m was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.