**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Cr. No.: 06-70-02S** |
| **MANUEL A. MENDEZ-HERASME** | : | |

## MOTION TO WITHDRAW

Now comes John M. Verdecchia, counsel for the Defendant, Manuel A. Mendez-Herasme, and hereby respectfully requests to withdraw from the above-captioned case for the following reasons:

1. The Defendant has not fulfilled his financial obligation to Counsel;

2. Counsel has not been provided with adequate financial resources to properly represent the Defendant in the above-referenced case;

WHEREFORE, Counsel respectfully maintains that it is in the best interest of justice and in the best interest of the Defendant that Counsel be allowed to withdraw and the Court appoint new Counsel to represent the Defendant.

Respectfully submitted,

John M. Verdecchia, Esq. (3374)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 {fax}

**CERTIFICATION**

I, the undersigned do hereby certify that I mailed a true copy of the within Motion to Sandra R. Beckner, A.U.S.A., Office of the United States Attorney, 50 Kennedy Plaza, Providence, Rhode Island 02903 on this 14th day of June, 2006.

Tina Turcotte