UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

v. : Cr. No.: 06-70-02S

MANUEL A. MENDEZ-HERASME :

FILED
JUN 19 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

6/29/06: GRANTED. [signature] USMJ

## MOTION TO WITHDRAW

Now comes John M. Verdecchia, counsel for the Defendant, Manuel A. Mendez-Herasme, and hereby respectfully requests to withdraw from the above-captioned case for the following reasons:

1. The Defendant has not fulfilled his financial obligation to Counsel;

2. Counsel has not been provided with adequate financial resources to properly represent the Defendant in the above-referenced case;

WHEREFORE, Counsel respectfully maintains that it is in the best interest of justice and in the best interest of the Defendant that Counsel be allowed to withdraw and the Court appoint new Counsel to represent the Defendant.

Respectfully submitted,

[signature]

John M. Verdecchia, Esq. (3374)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 {fax}

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ____________________
William E. Smith, District Judge
Date: 6/22/06