**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 1:06-cr-70-S** |
| | ) | |
| **MANUEL MENDEZ-HERASME** | ) | |

---

**MOTION TO CONTINUE EMPANELMENT**

Now comes Manuel Mendez-Herasme, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court to continue the trial empanelment and other proceedings in this matter for sixty (60) days or to the Court's September calendar. In support of this motion, counsel states that counsel only recently was assigned this case and needs the additional time to research the issues, perform further investigation and prepare a motion to suppress.

Mr. Mendez-Herasme understands that the time requested would be excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

Respectfully submitted
Manuel Mendez-Herasme
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to Sandra Beckner, Assistant United States Attorney, on July 10th, 2006.