UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-070

MANUEL A. MENDEZ-HERASME :

MOTION TO PRESERVE

NOW comes the defendant, Manuel A. Mendez-Herasme and moves that this Honorable Court enter an order directing the Pawtucket Police Department, Drug Enforcement Administration and United States Attorney's office to preserve any and all logs, audio tapes, day sheets or other documents that relate to the arrest of the defendant on May 25, 2006. The reason underlying the filing of this motion is that the defendant expects to file a motion to suppress the seizure of the cocaine set out in this indictment. The government will likely seek to justify the warrantless search by claiming that the search resulted from a permissible Terry stop, within the meaning of Terry v. Ohio, 392 U.S. 1 (1968). Under Terry, the length of the detention as well as the articulable facts supporting the detention are important facts for a district court to consider.

MANUEL A. MENDEZ-HERASME,
By his attorney,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Sandra R. Beckner, AUSA, and forwarded copies by both regular mail and facsimile transmission to the Pawtucket Police Department and the Providence Resident office of the Drug Enforcement Administration on the 12th day of July, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-070

MANUEL A. MENDEZ-HERASME :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO PRESERVE

The defendant, Manuel A. Mendez-Herasme has moved that this Honorable Court enter an order directing the Pawtucket Police Department, Drug Enforcement Administration and United States Attorney's office to preserve any and all logs, audio tapes, day sheets or other documents that relate to the arrest of the defendant on May 25, 2006. The reason underlying the filing of this motion is that the defendant expects to file a motion to suppress the seizure of the cocaine set out in this indictment. The government will likely seek to justify the warrantless search by claiming that the search resulted from a permissible Terry stop, within the meaning of Terry v. Ohio, 392 U.S. 1 (1968). Under Terry, the length of the detention as well as the articulable facts supporting the detention are important facts for a district court to consider. See United States v. Sharpe, 470 U.S. 675, 682 (1985).

MANUEL A. MENDEZ-HERASME,
By his attorney,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Sandra R. Beckner, AUSA, and forwarded copies by both regular mail and facsimile transmission to the Pawtucket Police Department and the Providence Resident office of the Drug Enforcement Administration on the 12th day of July, 2006.