**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 1:06-cr-70-S** |
| | ) | |
| **MANUEL MENDEZ-HERASME** | ) | |

**MOTION TO ENLARGE**

Now comes the accused, Manuel Mendez-Herasme, by and through his counsel, and moves this Honorable Court to enlarge the time for filing pre-trial motions in this case to and including August 3, 2006. In support of this motion, defense counsel states the Federal Defender Office was appointed to represent Mr. Mendez-Herasme as recently as June 30, 2006 and is requesting the additional time to review and research the issues in this case.

Respectfully submitted
Manuel Mendez-Herasme
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

GRANTED
William E. Smith
U.S. District Judge
7/17/06

**CERTIFICATION**

I hereby certify that I hand delivered a copy of this motion, to Sandra Beckner, Assistant United States Attorney, on July 10th, 2006.