UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-070

MANUEL A. MENDEZ-HERASME :

7/18/06: GRANTED ABSENT OBJECTION. /SMT

MOTION TO PRESERVE

NOW comes the defendant, Manuel A. Mendez-Herasme and moves that this Honorable Court enter an order directing the Pawtucket Police Department, Drug Enforcement Administration and United States Attorney's office to preserve any and all logs, audio tapes, day sheets or other documents that relate to the arrest of the defendant on May 25, 2006. The reason underlying the filing of this motion is that the defendant expects to file a motion to suppress the seizure of the cocaine set out in this indictment. The government will likely seek to justify the warrantless search by claiming that the search resulted from a permissible Terry stop, within the meaning of Terry v. Ohio, 392 U.S. 1 (1968). Under Terry, the length of the detention as well as the articulable facts supporting the detention are important facts for a district court to consider.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ______
William E. Smith, District Judge
Date: 7/18/06