IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
)
v. ) Cr. No. 06-70S
)
OSCAR R. SANDOVAL-ESPANA )
a/k/a Eddie Alberto Ramos and )
MANUEL A. MENDEZ-HERASME )

GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME IN WHICH TO FILE A RESPONSE TO DEFENDANT MENDEZ-HERASME'S MOTION TO SUPPRESS, AND MOTION TO CONSOLIDATE CASES FOR PURPOSES OF MOTIONS HEARING

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Sandra R. Beckner, Assistant United States Attorney, and hereby moves the Court for an extension of time in which to file a response to Defendant Mendez-Herasme's motion to suppress until September 4, 2006. The government also moves that the cases be consolidated for purposes of a motions hearing should one be necessary.

Defendant Mendez-Herasme filed a motion to suppress on July 19, 2006. Defendant Sandoval has not filed a motion; however, the court extended his motions deadline to August 24, 2006. Ordinarily, the government's response to Defendant Mendez-Herasme's motion would be due on July 28, 2006.

The government asks that it be granted an extension of time

in which to file a response for two reasons. First, in the interest of judicial economy, any suppression issues in this case should be litigated in one hearing. The defendants were arrested after a traffic stop and any suppression issues involve the same set of facts. Second, the government and Defendant Mendez-Herasme are involved in pretrial negotiations that may alleviate the necessity of litigating the suppression motion.

Accordingly, the government moves that Defendant Mendez-Herasme's suppression hearing be joined with any that may be set in Defendant Sandoval's case should he file a motion on or before August 24, 2006. The government also moves that it be allowed ten days after August 24, 2006, or until September 4, 2006, to file a response to Defendant Mendez-Herasme's motion to suppress.

The government conferred with counsel for Defendant Mendez-Herasme and he indicated that he is unopposed to the government's motion. The government was not able to reach Defendant Sandoval's attorney for conference.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

SANDRA R. BECKNER
Assistant United States Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 21st day of July, 2006, I faxed a true copy of the Government's Motion for an Extension, to:

Mr. Edward Roy
Federal Public Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

Ms. Judith Crowell
Attorney at Law
128 Dorrance Street
Providence, RI 02903