**UNITED STATES OF AMERICA, Plaintiff-Appellee, v. BERNARDO SOLANO DIAZ, Defendant-Appellant.**

**No. 05-30378**

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

**2006 U.S. App. LEXIS 22168**

**August 21, 2006 ** , Submitted**

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

**August 25, 2006, Filed**

**NOTICE:** [*1] RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

**PRIOR HISTORY:** Appeal from the United States District Court for the District of Oregon. D.C. No. CR-04-00178-GMK. Garr M. King, District Judge, Presiding.

**COUNSEL:** For UNITED STATES OF AMERICA, Plaintiff - Appellee: Thomas H. Edmonds, USPO - OFFICE OF THE U.S. ATTORNEY, Mark O. Hatfield U.S. Courthouse, Portland, OR.

For BERNARDO SOLANO DIAZ, Defendant - Appellant: Ruben L. Iniguez, Esq., FPDOR - FEDERAL PUBLIC DEFENDER'S OFFICE (PORTLAND), Portland, OR.

**JUDGES:** Before: GOODWIN, REINHARDT, and BEA, Circuit Judges.

**OPINION:**

MEMORANDUM *

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

Before: GOODWIN, REINHARDT, and BEA, Circuit Judges.

Bernardo Solano Diaz appeals his conviction by conditional plea and 5-month sentence for being a felon in possession of a firearm, [*2] in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we reverse and remand.

Solano Diaz contends, and the government concedes, that *Georgia v. Randolph*, 126 S. Ct. 1515, 164 L. Ed. 2d 208 (2006), compels the reversal of the district court's denial of his motion to suppress. We agree. Because Solano Diaz was present at the scene and expressly declined to consent to the search of his apartment, the police unreasonably relied upon the consent given by his brother.

In light of our agreement with the government's concession, Solano Diaz's remaining contention regarding the effectiveness of his brother's consent is moot.

**REVERSED and REMANDED.**