**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 1:06-cr-70-S** |
| | ) | |
| **MANUEL MENDEZ-HERASME** | ) | |

## MOTION TO CONTINUE EMPANELMENT

Now comes Manuel Mendez-Herasme, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court to continue the trial empanelment and other proceedings in this matter for an additional thirty (30) days or to the Court's November calendar. In support of this motion, counsel states that a motion to suppress is pending with the Court and counsel has been advised that a decision on this issue is expected some time the week of October 2, 2006.

Mr. Mendez-Herasme understands that the time requested would be excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

MANUEL A. MENDEZ-HERASME,
By his attorney,

/s/ Edward C. Roy, Esq. #3029
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281
( 401 ) 528 - 4285

CERTIFICATION

I hereby certify that I served by electronic notification a copy of the within to Sandra R. Beckner, AUSA and by regular mail to Judith Crowell on the 28th day day of September, 2006.

/s/ Edward C. Roy, Esq.