U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION



| | | | |
|---|---|---|---|
| 1. Program Code NA | 2. Cross File / Related Files | 3. File No. [redacted] | 4. G-DEP Identifier [redacted] |
| 5. By: SA Daniel J. Forde At Providence RI New England FD | ☐ ☐ ☐ ☐ ☐ | 6. File Title [redacted] | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: NA | | 8. Date Prepared 06/01/06 | |
| 9. Other Officers: TFA Karl Jacobson | | | |
| 10. Report Re: Post Arrest Statement of Oscar Rolando SANDOVAL-ESPANA on 05/25/2006 | | | |

**DETAILS**

1. Reference is made to all associated reports filed under Pawtucket Police Department Case 06-1311-AR and 06-1312-AR.

2. On 05/25/2006, SA Forde, TFA Jacobson and members of the Pawtucket Police Department arrested Oscar Rolando SANDOVAL-ESPANA (SANDOVAL-ESPANA) and Manual Aurelio MENDES-HERASME (MENDEZ-HERASME) pursuant to the seizure of approximately six (6) kilograms of cocaine.

3. At approximately 2:40 a.m., SANDOVAL-ESPANA verbally waived his rights 2:40 AM to SA Forde, TFA Jacobson, and Pawtucket Police Officer Perez and later provided written consent to search leading to the seizure of the cocaine. At approximately 7:58 AM, SA Forde informed SANDOVAL-ESPANA of the cocaine found in the safe. At this time, Forde reminded SANDOVAL-ESPANA of his rights and again SANDOVAL-ESPANA waived his rights verbally and provided the following information to SA Forde and TFA Jacobson. (SANDOVAL-ESPANA later signed a waiver of rights form in the presence of SA Forde and TFA Jacobson and also provided a written statement).

4. SANDOVAL-ESPANA stated that "When I saw you guys (SA Forde and TFA Jacobson) with my trash bags in your hands, I knew you were cops. I then went and asked Manuel (MENDES-HERASME) do you have something here and he told me that I have money in the safe." SANDOVAL-ESPANA stated that he (SANDOVAL-ESPANA) helped him (MENDEZ-HERASME) "put the

| | | |
|---|---|---|
| 11. Distribution: Division NEFD | 12. Signature (Agent) SA Daniel J. Forde [signature] | 13. Date 6/16/06 |
| District | 14. Approved (Name and Title) John G. Kleczkowski Resident Agent In Charge [signature] | 15. Date 6-19-06 |
| Other | | |

DEA Form -6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

SANDOVALpostarreststatement

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| | 3. File Title [redacted] | |
| 4. Page 2 of 2 | | |
| 5. Program Code NA | 6. Date Prepared 06/01/06 | |

safe in the back of the car." Manuel told me to follow him (MENDEZ-HERASME) to Prospect Heights.

5. SANDOVAL-ESPANA stated that the "stuff" (cocaine) agents founds came from a "guy in New York." About two weeks prior to his SANDOVAL-ESPANA's arrest, SANDOVAL-ESPANA stated that he (SANDOVAL-ESPANA) drove with "Manuel" (MENDEZ-HERASME) to New York via "the blue truck." They went to a night club called "Intrigue" on Long Island, New York. (**Agent note**: When SA Forde queried the RI registration 52671, it revealed that Suffolk County, Long Island, New York, queried this registration four (4) times on 05/01/2006. Also, SA Forde located via an internet search that Club Intrigue aka The Pearl, 160 Adams Avenue, Hauppauge, Long Island, NY).

6. At this club, "Manuel" (SANDOVAL-ESPANA) met with a Puerto Rican male known to SANDOVAL-ESPANA as Ismael DIAZ, JR described by SANDOVAL-ESPANA as approximately 6'0," medium build, and clean shaven in his 30's. SANDOVAL-ESPANA stated that he (SANDOVAL-ESPANA) accompanied Manuel (MENDEZ-HERASME) as body-guard to make him (MENDEZ-HERASME) feel safe, initially claimed not to know why Manuel (MENDEZ-HERASME) was meeting with DIAZ, but later believed it was related to cocaine. SANDOVAL-ESPANA stated the he (SANDOVAL-ESPANA) and Manuel (MENDEZ-HERASME) took a 3-colored cloth bag and drove it back to Rhode Island. SANDOVAL-ESPANA stated that they returned to the house, where the safe was placed in the garage.

7. SANDOVAL-ESPANA stated that Manuel (MENDEZ-HERASME) was a Dominican male who obtains cocaine from outside the country, specifically the Dominican Republic and from Guatemala. MENDEZ-HERASME told SANDOVAL-ESPANA that he (MENDEZ-HERASME) import unknown amounts of cocaine from the Dominican Republic "a long time ago" and from Guatemala "last year." No other information was provided.

<u>INDEXING</u>

MENDEZ-HERASME, Manuel Aurelio - [redacted]
SANDOVAL-ESPANA, Oscar Rolando - [redacted]



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.