UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 06-070 S |
| MANUEL A. MENDEZ-HERASME | : | |

MOTION IN LIMINE

NOW comes the defendant, Manuel A. Mendez-Herasme and moves that this Honorable Court make an in limine determination concerning the admissibility of fingerprint expert evidence which is sought to be introduced by the government in its case in chief at trial. Defendant incorporates by reference the attached memorandum of law in support of motion in limine.

MANUEL A. MENDEZ-HERASME,
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

CERTIFICATION

I hereby certify that I served a copy of the within motion by way of ECF case filing on Sandra Beckner, AUSA on the 2nd day of November, 2006, with a copy to Judith Crowell, attorney at law.

/s/ Edward C. Roy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-070 S

MANUEL A. MENDEZ-HERASME :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION IN LIMINE

The defendant, Manuel A. Mendez-Herasme has moved that this Honorable Court make an ***in limine*** determination concerning the admissibility of fingerprint expert evidence which is sought to be introduced by the government in its case in chief at trial.

Pursuant to the decision of the United States Supreme Court in Daubert v. Merrell Dow Pharmaceuticals, 509 U.S. 579 (1993), the trial court faced with a challenge to scientific evidence must conduct a hearing to determine if the evidence is admissible under Daubert. The United States Court of Appeals has extended Daubert to various types of scientific evidence offered in criminal prosecutions, most recently in United States v. Mahone, 453 F. 3d 68 (1st Cir. 2006), to expert testimony on footwear impressions.

WHEREFORE, the defendant prays that this Honorable Court conduct an ***in limine*** hearing on the admissibility of the fingerprint evidence proffered by the United States.

MANUEL A. MENDEZ-HERASME,
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

CERTIFICATION

I hereby certify that I served a copy of the within motion by way of ECF case filing on Sandra Beckner, AUSA on the 2nd day of November, 2006, with a copy to Judith Crowell, attorney at law.

/s/ Edward C. Roy