**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 1:06-cr-70-S** |
| | ) | |
| **MANUEL MENDEZ-HERASME** | ) | |

---

# MOTION TO CONTINUE SENTENCING

Now comes the accused, Manuel Mendez-Herasme, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter for an additional twenty (20) days. In support of this motion, counsel states that there are ongoing discussions with the government in regards to the forfeiture of Mr. Mendez-Herasme's vehicle that may impact the defendant's sentence in this matter. Further, these discussions have not been finalized due to defense counsel's schedule.

Respectfully submitted
Manuel Mendez-Herasme
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281 (401) 528-4285 Fax
Edward_Roy@fd.org

**CERTIFICATION**

I hereby certify that I delivered by electronic case filing a copy of the within motion to Sandra Beckner, Assistant United States Attorney, on January 31, 2007.

/s/ Edward C. Roy