UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-070

MANUEL A. MENDEZ-HERASME :

DEFENDANT'S SENTENCING MEMORANDUM

The defendant, Manuel Mendez-Herasme, hereby files this Sentencing Memorandum.

1. Advisory Guideline Range

The advisory guideline range in this case is from 70-87 months, assuming the defendant receives consideration for the safety valve provisions of the Sentencing Guidelines.

2. Defendant's Role In The Offense

The defendant claims that he played a more minor role in the offense than his co-defendant, Oscar Sandoval-Espana. Mr. Mendez-Herasme claims that his role, vis-a-vis Mr. Sandoval-Espana, was akin to that of a courier or mule. He was asked to transport the drugs with Mr. Espana, but exercised no decision-making authority over the cargo or as to its ultimate disposition. The defendant's role, as a transporter, is consistent with the minor role as described in the United States

Sentencing Guidelines § 3B1.2, commentary, note 3(a), where the Sentencing Commission states

> " For example, a defendant who is convicted of a drug trafficking offense, whose role in that offense was limited to transporting or storing drugs and who is accountable under § 1B1.3 only for the quantity of drugs the defendant personally transported or stored is not precluded from an adjustment under this guideline. "
>
> U.S.S.G. § 3B1.2, commentary, note3(a).

For the reasons set forth herein, the defendant maintains that he is entitled to a two level decrease for his minor role, as well an additional point under U.S.S.G. § 1D1.1(a)(3), for a total net offense level of 25, yielding a guideline range of 57-71 months. The defendant would request a sentence at the low end of that range, or 57 months.

MANUEL A. MENDEZ-HERASME,
By his attorney,

/s/ Edward C. Roy
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I served a copy of the within to Sandra R. Beckner, AUSA , by way of ECF case filing, on the 9th day of February, 2007.

/s/ Edward C. Roy, Esquire